IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:04-CR-001-KDB-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| BRYAN KEITH FLOWERS, | ) | |
| Defendant, | ) | |
| and | ) | |
| KING HICKORY FURNITURE CO., INC., | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 37) filed December 16, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The Government reports that Defendant Flowers is no longer employed by the Garnishee. (Document No. 37).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 37) is **GRANTED**. The "Writ Of Continuing Garnishment" (Document No. 34) filed in this case against Defendant Bryan Keith Flowers is **DISMISSED**.

Signed: December 16, 2024

**SO ORDERED**.

_____
David C. Keesler
United States Magistrate Judge